# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-51028    USA v. Nel
USDC No. 3:17-CR-2152-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jeannette Clack
Mr. Joseph H. Gay Jr.
Mr. Mark Tindall

# United States Court of Appeals for the Fifth Circuit

---

No. 19-51028

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JAN ABRAHAM NEL,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:17-CR-2152-1

---

ORDER:

IT IS ORDERED that the motion of the Federal Public Defender to withdraw as counsel is GRANTED.

/s/ *Catharina Haynes*
CATHARINA HAYNES
*United States Circuit Judge*

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2021

*CORRECTED*

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-51028    USA v. Nel
                USDC No. 3:17-CR-2152-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jeannette Clack
Mr. Joseph H. Gay Jr.
Mr. Mark Tindall
Mr. Jan Abraham Nel